**Shirley A. TYUS, Appellant,**

v.

**Earl CRANOR, Adult Probation and Parole Officer, Conway, AR, Faulkner County, Appellee.**

No. 06–3370.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 22, 2007.

Filed: Aug. 27, 2007.

Shirley A. Tyus, Columbia, MO, pro se.

Scott Paris Richardson, Attorney General's Office, Little Rock, AR, for Appellee.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Shirley Tyus appeals the district court's [1] dismissal of her 42 U.S.C. § 1983 complaint against a state parole and probation officer. Upon de novo review, *see Thomas v. St. Louis Bd. of Police Comm'rs,* 447 F.3d 1082, 1084–85 (8th Cir. 2006) (standard of review), we conclude that dismissal was proper because Tyus sued Officer Cranor only in his official capacity. *See Johnson v. Outboard Marine Corp.,* 172 F.3d 531, 535 (8th Cir.1999) ("[I]n order to sue a public official in his or her individual capacity, a plaintiff must expressly and unambiguously state so in the pleadings, otherwise, it will be assumed that the defendant is sued only in his or her official capacity."); *Murphy v. Arkansas,* 127 F.3d 750, 754 (8th Cir.1997) (Eleventh Amendment bars damages claims against state officials acting in their official capacities).[2]

The judgment is affirmed.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

2. We do not consider Tyus's claim for injunctive relief because it was not raised in the district court. *See Alexander v. Pathfinder, Inc.,* 189 F.3d 735, 740 (8th Cir.1999).